# EXHIBIT C

**GORDON REES SCULLY MANSUKHANI**
By: Roy F. Viola, Jr., Esq. (ID 015301993)
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: 973-549-2500
Fax: 973-377-1911
Attorneys for Defendant,
American International Industries

| | |
|---|---|
| JANICE PARVIN,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, Individually and as successor to Pinaud, Inc., Barbara Alice, Inc., Ed Pinaud, Inc. d/b/a Ed Pinaud, The Nestle-Le Mur Company, The Neslemur Company, The Neslemur-Company, for the Clubman line of products, et al.,<br><br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br>Docket No.: MID-L-003126-22AS<br><br>CIVIL ACTION – ASBESTOS LITIGATION<br><br>**NOTICE OF ADOPTION OF AMENDED STANDARD ANSWER TO COMPLAINT AND DEMAND FOR ANSWERS TO INTERROGATORIES ON BEHALF OF DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES** |

Defendant, American International Industries by way of answer to Plaintiff's Complaint in the above entitled cause of action, hereby adopts its Amended Standard Answer to Complaint and Demand for Answers to Interrogatories filed with the Superior Court of New Jersey in In Re Asbestos Litigation Venued in Middlesex County, Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-052237-81.

I hereby certify that a copy of the within Standard Answer was served within the time prescribed by R. 4:6-1, et seq. of the rules governing the Courts of the State of New Jersey.

I hereby certify, pursuant to R. 4:5-1, that, upon information and belief, this matter is not the subject of any other action pending in any court of arbitration proceeding; and there are no additional parties who should be joined in this action.

**GORDON REES SCULL MANSUKHANI**
Attorneys for Defendant American International Industries

By: ______________________
ROY VIOLA, JR.

Dated: July 28 , 2022