# EXHIBIT D

CASE JACKET

User:Taylor Giannasi

## Docket Number: MID L 003126 - 22

Back

Create Summary Report

**Case Caption:** Parvin Estate Of Janice E Vs American Intentl Inds

**Court:** Civil Part
**Case Type:** Asbestos
**Case Track:** 4
**# of Discovery Days:** 885
**Original Discovery End Date:** 09/28/2023
**Original Arbitration Date:**
**Original Trial Date:**
**Disposition Date:**

**Venue:** Middlesex
**Case Status:** Active
**Judge:** Ana C Viscomi
**Age of Case:** 4 YR 02 MO 06 DY
**Current Discovery End Date:** 12/06/2024
**Current Arbitration Date:**
**Current Trial Date:**
**Case Disposition:** Open

**Case Initiation Date:** 06/27/2022
**Jury Demand:** 6 Jurors
**Team:** 5
**Consolidated Case:** N
**# of DED Extensions:** 1
**# of Arb Adjournments:** 0
**# of Trial Date Adjournments:** 0
**Statewide Lien:**

**Plaintiffs (2)** | Defendants (23) | Case Proceedings (33) | ACMS Documents (52) | Fees (52)

John G Parvin (Party No. 23)

Ice E Parvin Estate Of Jan AKA (Party No. 1)

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/27/2022 | | Complaint with Jury Demand for MID-L-003126-22 submitted by WEINSTEIN, MARK S, WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against AMERICAN INTERNATIONAL, BARRETTS MINERALS, INC., BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC.,, PFIZER, INC. ET AL. | LCV20222380453 | 06/27/2022 |
| 06/28/2022 | | AFFIDAVIT OF SERVICE submitted by WEINSTEIN, MARK, S of WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against WHITTAKER,CLARK, &DANIELS,INC. | LCV20222400321 | 06/28/2022 |
| 06/28/2022 | | AFFIDAVIT OF SERVICE submitted by WEINSTEIN, MARK, S of WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against BRENNTAG SPECIALTIES, INC., | LCV20222403118 | 06/28/2022 |
| 07/05/2022 | | Answer W/Jury Demand submitted by HENRICH, PATRICIA, MARY of REILLY MCDEVITT & HENRICH, PC on behalf of PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP. against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222475258 | 07/05/2022 |
| 07/05/2022 | | DESIGNATION OF TRIAL ATTORNEY submitted by HENRICH, PATRICIA, MARY of REILLY MCDEVITT & HENRICH, PC on behalf of PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP. against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222475337 | 07/05/2022 |
| 07/08/2022 | | Answer W/CrossClaim W/Jury Demand submitted by PERCHIACCA, ANTHONY, I of MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. on behalf of WHITTAKER,CLARK, &DANIELS,INC. against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222510006 | 07/08/2022 |
| 07/08/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JANICE PARVIN | LCV20222515136 | 07/08/2022 |
| 07/11/2022 | | Answer W/CrossClaim W/Jury Demand submitted by MUSE, ERIKA, LORI of FOLEY & MANSFIELD on behalf of LORNAMEAD, INC. against JANICE PARVIN | LCV20222536744 | 07/11/2022 |
| 07/13/2022 | | Answer W/CrossClaim W/Jury Demand submitted by MCNULTY, THOMAS, B of MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. on behalf of COSMETIC SPECIALTIES, INC. against JANICE PARVIN | LCV20222569412 | 07/13/2022 |
| 07/21/2022 | | Answer W/Jury Demand submitted by BARR, BRIAN, DOUGLAS of COOPER LEVENSON PA on behalf of COLOR TECHNIQUES, INC. against JANICE PARVIN | LCV20222682672 | 07/21/2022 |
| 07/28/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222761284 | 07/28/2022 |
| 07/28/2022 | | DEFICIENCY NOTICE: re: NOTICE OF APPEARANCE (NOT THE FIRST PAPER) [LCV20222761284] -Pertaining to American International. Answer has to be filed before a notice of appearance of defense medical counsel can be filed. howard.klein@njcourts.gov | LCV20222761328 | 07/28/2022 |
| 07/28/2022 | | Answer W/Jury Demand submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222761530 | 07/28/2022 |
| 08/01/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of PFIZER, INC. against JANICE PARVIN | LCV20222796064 | 08/01/2022 |
| 08/02/2022 | | Answer W/Jury Demand submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of GLAXOSMITHKLINE, LLC, against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222807327 | 08/02/2022 |
| 08/02/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of GLAXOSMITHKLINE, LLC, against JANICE PARVIN, THE PROCTER & GAMBLECOMPANY,, SMITHKLINE BEECHAM PLC,, COLOR TECHNIQUES, INC., COSMETIC SPECIALTIES, INC. ET AL. | LCV20222807589 | 08/02/2022 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 08/02/2022 | | Answer W/CrossClaim W/Jury Demand submitted by CHAMRA, CASEY, THOMAS of O'TOOLE SCRIVO, LLC on behalf of ESTEE LAUDER, INC. against JANICE PARVIN | LCV20222808549 | 08/02/2022 |
| 08/02/2022 | | Answer W/CrossClaim W/Jury Demand submitted by CHAMRA, CASEY, THOMAS of O'TOOLE SCRIVO, LLC on behalf of THE ESTEE LAUDER COMPANIES,INC against JANICE PARVIN | LCV20222808722 | 08/02/2022 |
| 08/02/2022 | | Answer W/CrossClaim W/Jury Demand submitted by MILLER, HENRY, L of GOLDBERG SEGALLA LLP on behalf of THE PROCTER & GAMBLECOMPANY, against JANICE PARVIN | LCV20222809224 | 08/02/2022 |
| 08/17/2022 | | MOTION FOR DISMISSAL submitted by MUSE, ERIKA, LORI of FOLEY & MANSFIELD on behalf of LORNAMEAD, INC. against JANICE PARVIN | LCV20222976555 | 08/17/2022 |
| 08/17/2022 | | The motion filed on 08/17/2022 will be decided on 09/09/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222976555] | LCV20222977760 | 08/17/2022 |
| 09/09/2022 | | ORDER FOR DISMISSAL-Granted by Judge VISCOMI, ANA, C re: MOTION FOR DISMISSAL [LCV20222976555] | LCV20223279981 | 09/09/2022 |
| 09/12/2022 | | MOTION DISMISSING COMPLAINT submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against JANICE PARVIN ***LINKED FILING*** | LCV20223298304 | 09/12/2022 |
| 09/12/2022 | | The motion filed on 09/12/2022 will be decided on 10/07/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20223298610 | 09/12/2022 |
| 09/28/2022 | | Answer W/Jury Demand submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC., against JANICE PARVIN | LCV20223487374 | 09/28/2022 |
| 10/03/2022 | | The motion filed on 09/12/2022 was rescheduled to 10/21/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20223515093 | 10/03/2022 |
| 10/13/2022 | | OPPOSITION TO MOTION submitted by MANDIA, JOSEPH, J of WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against AMERICAN INTERNATIONAL ***LINKED FILING*** | LCV20223642487 | 10/13/2022 |
| 10/14/2022 | | The motion filed on 09/12/2022 was rescheduled to 11/04/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20223646261 | 10/14/2022 |
| 10/31/2022 | | REPLY BRIEF submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against JANICE PARVIN ***LINKED FILING*** | LCV20223817686 | 10/31/2022 |
| 11/02/2022 | | The motion filed on 09/12/2022 was rescheduled to 11/18/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20223832299 | 11/02/2022 |
| 11/17/2022 | | The motion filed on 09/12/2022 was rescheduled to 12/02/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20223976036 | 11/17/2022 |
| 12/01/2022 | | The motion filed on 09/12/2022 was rescheduled to 12/16/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20224110495 | 12/01/2022 |
| 12/16/2022 | | ORDER DISMISSING COMPLAINT-Denied by Judge VISCOMI, ANA, C re: MOTION DISMISSING COMPLAINT [LCV20223298304] | LCV20224229946 | 12/16/2022 |
| 01/05/2023 | | MOTION TO RECONSIDER submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against JANICE PARVIN ***LINKED FILING*** | LCV202375904 | 01/05/2023 |
| 01/06/2023 | | The motion filed on 01/05/2023 will be decided on 02/03/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV202385943 | 01/06/2023 |
| 01/27/2023 | | The motion filed on 01/05/2023 was rescheduled to 03/17/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV2023380630 | 01/27/2023 |
| 03/08/2023 | | SUBSTITUTE ATTORNEY submitted by BE, COLIN, P of LANDMAN CORSI BALLAINE & FORD PC on behalf of WHITTAKER,CLARK, &DANIELS,INC. against JANICE PARVIN | LCV2023833783 | 03/08/2023 |
| 03/09/2023 | | OPPOSITION TO MOTION submitted by MANDIA, JOSEPH, J of WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against AMERICAN INTERNATIONAL ***LINKED FILING*** | LCV2023853372 | 03/09/2023 |
| 03/10/2023 | | The motion filed on 01/05/2023 was rescheduled to 03/31/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV2023858182 | 03/10/2023 |
| 03/27/2023 | | REPLY BRIEF submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against JANICE PARVIN ***LINKED FILING*** | LCV20231043786 | 03/27/2023 |
| 03/30/2023 | | The motion filed on 01/05/2023 was rescheduled to 04/14/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231081193 | 03/30/2023 |
| 04/13/2023 | | The motion filed on 01/05/2023 was rescheduled to 04/28/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231266936 | 04/13/2023 |
| 04/27/2023 | | The motion filed on 01/05/2023 was rescheduled to 05/12/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231384690 | 04/27/2023 |
| 04/28/2023 | | NOTICE OF BANKRUPTCY submitted by KOZAK, CHRISTOPHER, STEPHEN of LANDMAN CORSI BALLAINE & FORD PC on behalf of WHITTAKER,CLARK, &DANIELS,INC. against JANICE PARVIN | LCV20231400750 | 04/28/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 05/03/2023 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against SMITHKLINE BEECHAM PLC, | LCV20231443601 | 05/03/2023 |
| 05/03/2023 | | The motion filed on 05/03/2023 will be decided on 05/26/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231443601] | LCV20231444151 | 05/03/2023 |
| 05/11/2023 | | The motion filed on 01/05/2023 was rescheduled to 05/26/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231514490 | 05/11/2023 |
| 05/25/2023 | | The motion filed on 05/03/2023 was rescheduled to 06/09/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231443601] | LCV20231640827 | 05/25/2023 |
| 05/25/2023 | | The motion filed on 01/05/2023 was rescheduled to 06/09/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231640831 | 05/25/2023 |
| 05/30/2023 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of PFIZER, INC., SPECIALTY MINERALS, INC. against JANICE PARVIN | LCV20231668050 | 05/30/2023 |
| 06/08/2023 | | The motion filed on 01/05/2023 was rescheduled to 06/23/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231753136 | 06/08/2023 |
| 06/09/2023 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231443601] | LCV20231792041 | 06/13/2023 |
| 06/22/2023 | | The motion filed on 01/05/2023 was rescheduled to 08/04/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20231866213 | 06/22/2023 |
| 06/27/2023 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of JANICE PARVIN against THE PROCTER & GAMBLECOMPANY,, JOHNSON & JOHNSON | LCV20231900502 | 06/27/2023 |
| 08/03/2023 | | The motion filed on 01/05/2023 was rescheduled to 08/11/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20232250327 | 08/03/2023 |
| 08/03/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JOHNSON & JOHNSON against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20232251473 | 08/03/2023 |
| 08/09/2023 | | The motion filed on 01/05/2023 was rescheduled to 08/18/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20232298335 | 08/09/2023 |
| 08/17/2023 | | The motion filed on 01/05/2023 was rescheduled to 08/25/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20232362989 | 08/17/2023 |
| 08/24/2023 | | The motion filed on 01/05/2023 was rescheduled to 09/08/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20232422856 | 08/24/2023 |
| 09/07/2023 | | The motion filed on 01/05/2023 was rescheduled to 09/22/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20232541530 | 09/07/2023 |
| 09/21/2023 | | The motion filed on 01/05/2023 was rescheduled to 11/03/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20232909830 | 09/21/2023 |
| 10/02/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20233005749 | 10/02/2023 |
| 10/24/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20233198591 | 10/24/2023 |
| 10/27/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JANSSEN PHARMACEUTICALS INC against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20233229758 | 10/27/2023 |
| 11/02/2023 | | The motion filed on 01/05/2023 was rescheduled to 11/17/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20233278518 | 11/02/2023 |
| 11/15/2023 | | The motion filed on 01/05/2023 was rescheduled to 12/01/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20233382720 | 11/15/2023 |
| 11/30/2023 | | The motion filed on 01/05/2023 was rescheduled to 12/15/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20233498855 | 11/30/2023 |
| 11/30/2023 | | Answer W/CrossClaim W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of KENVUE INC against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20233504973 | 11/30/2023 |
| 12/14/2023 | | The motion filed on 01/05/2023 was rescheduled to 01/05/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV20233628074 | 12/14/2023 |
| 01/03/2024 | | The motion filed on 01/05/2023 was rescheduled to 01/19/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV202425431 | 01/03/2024 |
| 01/04/2024 | | The motion filed on 01/05/2023 was rescheduled to 02/02/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be | LCV202429241 | 01/04/2024 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| | | provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | | |
| 01/29/2024 | | CONSENT ORDER submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN against JANSSEN PHARMACEUTICALS INC | LCV2024237912 | 01/29/2024 |
| 02/01/2024 | | The motion filed on 01/05/2023 was rescheduled to 02/16/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV2024282450 | 02/01/2024 |
| 02/05/2024 | | CONSENT ORDER - Granted by Judge VISCOMI, ANA, C re: CONSENT ORDER [LCV2024237912] | LCV2024306801 | 02/05/2024 |
| 02/09/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV2024369444 | 02/09/2024 |
| 02/14/2024 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN against JANSSEN PHARMACEUTICALS INC | LCV2024399467 | 02/14/2024 |
| 02/15/2024 | | The motion filed on 01/05/2023 was rescheduled to 03/01/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO RECONSIDER [LCV202375904] | LCV2024412039 | 02/15/2024 |
| 03/08/2024 | | ORDER RECONSIDER-Denied by Judge VISCOMI, ANA, C re: MOTION TO RECONSIDER [LCV202375904] | LCV2024611760 | 03/08/2024 |
| 03/28/2024 | | Notice Of Appeal submitted by Staff | LCV2024831012 | 04/01/2024 |
| 04/17/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV2024986822 | 04/17/2024 |
| 04/18/2024 | | Notice Of Appeal submitted by Staff | LCV20241001509 | 04/18/2024 |
| 05/21/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against ICE E PARVIN ESTATE OF JAN | LCV20241283974 | 05/21/2024 |
| 06/25/2024 | | Case Management Order-Court Initiated - GRANTED by Judge VISCOMI, ANA, C | LCV20241593233 | 06/25/2024 |
| 06/27/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against ICE E PARVIN ESTATE OF JAN | LCV20241615394 | 06/27/2024 |
| 07/18/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against ICE E PARVIN ESTATE OF JAN | LCV20241792307 | 07/18/2024 |
| 08/23/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20242075105 | 08/23/2024 |
| 08/29/2024 | | GENERAL CORRESPONDENCE submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC., against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20242122255 | 08/29/2024 |
| 09/13/2024 | | NOTICE OF BANKRUPTCY submitted by JENKS, STEVEN, A of REILLY MCDEVITT & HENRICH, PC on behalf of PRESPERSE CORPORATION, PRESPERSE INTERNATIONAL CORP. against JOHN G PARVIN | LCV20242392015 | 09/13/2024 |
| 10/22/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN, JANSSEN PHARMACEUTICALS INC, JOHNSON & JOHNSON, J&J CONSUMER INC ET AL. | LCV20242756001 | 10/22/2024 |
| 12/19/2024 | | Case Management Order-Court Initiated - GRANTED by Judge VISCOMI, ANA, C | LCV20243250730 | 12/19/2024 |
| 12/20/2024 | | GENERAL CORRESPONDENCE submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC., against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20243261222 | 12/20/2024 |
| 01/02/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20254711 | 01/02/2025 |
| 03/27/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV2025938152 | 03/27/2025 |
| 05/08/2025 | | Case Management Order-Court Initiated - GRANTED by Judge VISCOMI, ANA, C | LCV20251346726 | 05/08/2025 |
| 07/16/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN, JANSSEN PHARMACEUTICALS INC, JOHNSON & JOHNSON, J&J CONSUMER INC ET AL. | LCV20252023125 | 07/16/2025 |
| 08/26/2025 | | Case Management Order-Court Initiated - Granted by Judge VISCOMI, ANA, C | LCV20252338260 | 08/26/2025 |
| 12/19/2025 | | Case Management Order-Court Initiated - Granted by Judge VISCOMI, ANA, C | LCV20253550067 | 12/19/2025 |
| 04/23/2026 | | Case Management Order-Court Initiated - Granted by Judge VISCOMI, ANA, C | LCV20261100093 | 04/23/2026 |
| 07/02/2026 | | SUBSTITUTE ATTORNEY submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC., against JOHN G PARVIN, ICE E PARVIN ESTATE OF JAN | LCV20261761526 | 07/02/2026 |

Showing 1 to 99 of 99 entries

Screen ID : ECCV3000 © Copyright NJ Judiciary 2016

BUILD: CivilCaseJacket_2026.07.17.0