## LIST OF ALL PARTIES AND THEIR COUNSEL

1. Weitz & Luxenberg Attorneys for Plaintiff
   Erin Boyle: EBOYLE@WEITZLUX.COM; NJTALCTEAMSTAFF@WEITZLUX.COM
   Joseph Mandia: JMANDIA@WEITZLUX.COM

2. McCarter & English, LLP, Attorney for J&J Holdco Na Inc.; Janssen Pharmaceuticals Inc.; Johnson & Johnson
   John Garde: JGARDE@MCCARTER.COM; BSHERMAN@MCCARTER.COM; BMURCH@MCCARTER.COM

3. J&J Consumer Inc.

4. Kenvue Inc.

5. LTL Management LLC

6. Lornamead, Inc.
   Erika Muse
   Stephen Novakidis

7. The Procter & Gamble Company
   Henry Miller

8. Smithkline Beecham Plc

9. Color Techniques, Inc.
   Brian Barr

10. Cosmetic Specialties, Inc.
    Thomas McNulty
    Charles McGivney

11. Estee Lauder, Inc.; The Estee Lauder Companies, Inc.
    Casey Chamra

12. Presperse International Corp.
    Patricia Henrich

13. Gordon Rees Scully Mansukhani, LLP, Attorney for American International Industries
    Roy Viola: RVIOLA@GRSM.COM

14. McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attorneys for Barretts Minerals; Pfizer Inc.; Specialty Minerals, Inc.
    Joseph LaSala: JLASALA@MDMC-LAW.COM; ECANNING@MDMC-LAW.COM
    Shannon Engelman: SENGELMAN@MDMC-LAW.COM; OALFANO@MDMC-LAW.COM; NMAYER@MDMC-LAW.COM

15. Montgomery McCracken Attorneys at Law, Attorney for Brenntag Specialties, Inc.
    Lathrop Nelson: LNELSON@MMWR.COM; SBURKE@MMWR.COM

16. Whittaker, Clark &Daniels, Inc.
    Colin Be

17. Glaxosmithklin, LLC
    Syed Rizvi