**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Trenton Division**

**JOHN G. PARVIN, Individually and as Personal Representative of the Estate of JANICE E. PARVIN, Deceased,**

Plaintiff,

v.

**AMERICAN INTERNATIONAL INDUSTRIES,** individually and as successor to Pinaud, Inc., Barbara Alice, Inc., Ed Pinaud, Inc. d/b/a Ed Pinaud, The Nestle-Le Mur Company, The Neslemur Company, The Neslemur-Company, for the Clubman line of products;

**BARRETTS MINERALS, INC.;**

**BRENNTAG NORTH AMERICA,** as a successor-in-interest to Mineral Pigment Solutions, Inc., as a successor-in interest to Whittaker, Clark & Daniels, Inc.;

**BRENNTAG SPECIALTIES, INC.,** f/k/a Mineral Pigment Solutions, Inc., as a successor-in-interest to Whittaker, Clark & Daniels, Inc.;

**PFIZER, INC.;**

**SPECIALTY MINERALS, INC.;**

**WHITTAKER CLARK & DANIELS, INC.;**

**GLAXOSMITHKLINE, LLC,** formerly known as Smithkline Beecham Corp. sued

**Case No. _____________**

**CORPORATE DISCLOSURE STATEMENT**

[Originally filed in the Superior Court of New Jersey Law Division Middlesex County
Docket No. MID-L-003126-22 AS]

Related Cases:
Chapter 11
In re BMI Oldco, Inc., et al.
Bankruptcy Case No. 23-90794 (MI)

Civil Action No. 4:25-cv-02193 (CGH)
USDC-Southern District of Texas

Pending Motion:
Motion to Transfer and Fix Venue in the USDC-Southern District of Texas

individual and as successor-in-interest to Yardley of London, a/k/a Yardley;

**LORNAMEAD, INC.** d/b/a Yardley of London, a/k/a Yardley;

**THE PROCTER & GAMBLE COMPANY,** sued individually and as successor-in-interest to Yardley of London, a/k/a Yardley;

**SMITHKLINE BEECHAM PLC,** sued individually and as successor-in-interest to Yardley of London, a/k/a Yardley;

**COLOR TECHNIQUES, INC.;**

**COSMETIC SPECIALTIES, INC.;**

**ESTEE LAUDER, INC.;**

**THE ESTEE LAUDER COMPANIES, INC.** (sued individually and for Len-Ron Manufacturing Co., Inc.);

**PRESPERSE CORPORATION;**

**PRESPERSE INTERNATIONAL CORP.;**

**JANSSEN PHARMACEUTICALS, INC.,**
individually and as successor in interest to Johnson & Johnson Consumer, Inc.;

**JOHNSON & JOHNSON;**

**JOHNSON & JOHNSON CONSUMER, INC.;**

**JOHNSON & JOHNSON HOLDCO (NA) INC.;**

**KENVUE INC.,** individually and as successor in interest to Johnson & Johnson Consumer, Inc.;

**LLT MANAGEMENT LLC,** f/k/a LTL Management, LLC;

**and JOHN DOE CORPORATIONS, 1-50,**

Defendants.

Pursuant to Rule 7.1 of the Federal Rules of Civil Defendant American International Industries provides the following disclosure:

American International Industries is a California general partnership. Its partners are Glamour Industries, Co., ARYZ Corp., ERX Corp., RAZY Properties, Inc., and SRYZ Corp. American International Industries is not a corporation; it has no parent corporation, subsidiary, and/or affiliate entity that has issued shares or debt securities to the public; and there is no publicly held company that owns 10 percent or more of its stock.

/ / /

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Roy F. Viola, Jr.*
Roy F. Viola, Jr.

**GORDON REES SCULLY MANSUKHANI**
Attorneys for Defendant
American International Industries
290 West Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: rviola@grsm.com

**CERTIFICATE OF SERVICE**

On this 3rd day of September 2026, the undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing.

*/s/ Roy F. Viola, Jr.* ___________
Roy F. Viola, Jr.